# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **v.** ) | **No. 3:95-00074** |
| ) | **Judge Sharp** |
| **GLENN D. GOLD** ) | |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby rules as follows:

(1) Defendant's Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c) (Docket No. 162) is DENIED;

(2) The Court is WITHOUT JURISDICTION to decide Defendant's Motion to Reopen With Appointment of Counsel in Light of <u>Lafler</u> and <u>Frye</u> (Docket No. 163) and his Motion to Reopen Pursuant to the Fair Sentencing Act and for the Appointment of Counsel (Docket No. 164) absent authorization by the United States Court of Appeals for the Sixth Circuit for the filing of a second or successive Motion under 28 U.S.C. § 2255; and

(3) The Clerk of this Court shall transfer this case to the Sixth Circuit for its consideration of Defendant's Motions to Reopen.

It is SO ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE